**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JAIME VEGA SALMON,** <br><br> **Petitioner,** <br><br> **v.** <br><br> **DEPARTMENT OF HOMELAND SECURITY, et al.,** <br><br> **Respondents.** | § § § § § § § § § § | **CAUSE NO. EP-26-CV-1829-KC** |
| **JAIME VEGA SALMON,** <br><br> **Petitioner,** <br><br> **v.** <br><br> **D.H.S. et al.,** <br><br> **Respondents.** | § § § § § § § § § | **CAUSE NO. EP-26-CV-1872-KC** |

**ORDER**

On this day, the Court considered the case. On July 6, 2026, Jaime Vega Salmon filed a Petition for Writ of Habeas Corpus ("Petition), ECF No. 3.[1] The Court granted Vega Salmon's Motion to Proceed In Forma Pauperis and ordered Respondents to show cause why Vega Salmon is not entitled to the relief he seeks by July 22. July 8, 2026, Show Cause Order, ECF No. 2.

On July 9, Vega Salmon filed a new habeas petition and a motion to proceed in forma pauperis. *See* Pet., *Vega Salmon v. D.H.S.*, 3:26-cv-1872-KC (W.D. Tex. July 9, 2026), ECF No. 3; Mot., *Vega Salmon v. D.H.S.*, 3:26-cv-1872-KC (W.D. Tex. July 9, 2026), ECF No. 1. The Court granted the motion and ordered Respondents to show cause by July 27. Order, *Vega*

[1] All references in this Order are to the docket in case EP-26-CV-1829-KC unless otherwise noted.

*Salmon v. D.H.S.*, 3:26-cv-1872-KC (W.D. Tex. July 14, 2026), ECF No. 2. On July 27, Respondents filed a response in which they informed the Court that Vega Salmon had another pending habeas proceeding before this Court. Resp., *Vega Salmon v. D.H.S.*, 3:26-cv-1872-KC (W.D. Tex. July 27, 2026), ECF No. 5. Respondents thus requested that the Court consolidate the two cases. *Id.* at 3.

Pursuant to Federal Rule of Civil Procedure 42(a), a district court has broad discretion to consolidate actions pending before it if they involve a common question of law or fact. Fed. R. Civ. P. 42(a); *Hall v. Hall*, 584 U.S. 59, 77 (2018). When deciding whether to exercise that discretion, courts consider factors including (1) whether the actions are pending before the same court; (2) whether common parties are involved; (3) whether any risk of prejudice or confusion is outweighed by the risk of inconsistent adjudications; and (4) whether consolidation will conserve judicial resources. *Clark v. PNC Bank, N.A.*, No. 5:13-cv-799-XR, 2013 WL 6668674, at *1 (W.D. Tex. Dec. 17, 2013) (citation omitted). Consolidation alone "does not merge suits into a single cause[] or change the rights of the parties." *In re Excel Corp.*, 106 F.3d 1197, 1201 (5th Cir. 1997) (quoting *Johnson v. Manhattan Ry. Co.*, 289 U.S. 479, 496–97 (1933)). Because "merger is never so complete in consolidation as to deprive any party of any substantial rights which he may have possessed had the actions proceeded separately," courts must issue independent "verdicts and judgments" for consolidated cases. *Hall*, 584 U.S. at 76 (quotation omitted).

Here, all factors counsel in favor of consolidation. In Cause No. EP-26-CV-1872-KC, Vega Salmon's allegations are essentially identical and the grounds on which he challenges his detention and the relief he requests are all the same. The two cases are pending before this Court. Petitioner is the same individual in both cases, and the claims in both cases are brought

against actors in the federal government who are responsible for Petitioner's detention. Consolidating the cases would alleviate any potential confusion, streamline the adjudication of all claims, and conserve judicial resources. Accordingly, it is appropriate to consolidate Vega Salmon's new case into EP-26-CV-1829-KC.

Accordingly, the Court **ORDERS** that case EP-26-CV-1872-KC be **CONSOLIDATED** into case EP-26-CV-1829-KC.

**IT IS FURTHER ORDERED** that the Clerk shall **FILE** this Order in both case EP-26-CV-1829-KC and EP-26-CV-1872-KC.

**IT IS FURTHER ORDERED** that the Clerk of Court may take any additional steps necessary to effectuate this consolidation.

**IT IS FURTHER ORDERED** that the parties shall **FILE** all future filings in case EP-26-CV-1829-KC.

**SO ORDERED.**

SIGNED this 28th day of July, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE